UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARC ANTHONY EARLEY,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER MARTINEZ, *et al*,<br><br>    Defendants. | Case No. 3:22-cv-00040-ART-CLB<br><br>ORDER APPROVING<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

    Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Andrew C. Nelson, Deputy Attorney General, and Plaintiff Marc Anthony Earley, *pro se*, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned matter should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///
///
///

Page 1

This Stipulation and Order for Dismissal with Prejudice is executed as part of an out-of-court settlement between the Parties. Pursuant to the Parties' Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED: 12/8/22

By: _____
MARC ANTHONY EARLEY
*Plaintiff in pro se*

DATED: 01/05/2023

AARON D. FORD
Attorney General

By: /s/ *Andrew C. Nelson*
ANDREW C. NELSON, Bar No. 15971
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED**.

DATE: <u>January 6, 2023</u>

_____
Anne R. Traum
United States District Court Judge